159 So.2d 289

**Mary Jane WALKER**

v.

**Charles C. WALKER.**

**No. 47034.**

Jan. 20, 1964.

Court of Appeal, Third Circuit. 157 So. 2d 476.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

159 So.2d 289

**Mrs. Dora SONNIER**

v.

**UNITED STATES CASUALTY COMPANY et al.**

**No. 47025.**

Jan. 20, 1964.

Court of Appeal, Third Circuit. 157 So. 2d 911.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified..